UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MICHAEL HAROLD SCHMIDT,

        Petitioner,

v.                                                 Case No.  8:04-cv-1854-T-24MSS

JAMES V. CROSBY, JR.,

        Respondent.
_____

**ORDER**

The Court denied Petitioner's 28 U.S.C. § 2254 petition for writ of habeas corpus. Petitioner has filed a Notice of Appeal and an application for certificate of appealability.

To merit a certificate of appealability, Petitioner must show that reasonable jurists would find debatable both (1) the merits of an underlying claim, and (2) the procedural issues he seeks to raise.  See 28 U.S.C. § 2253(c)(2); Slack v. McDaniel, 529 U.S. 473, 475 (2000).  Petitioner has failed to meet this standard.  Therefore, Petitioner has failed to satisfy the Slack test.

Accordingly, the Court orders:

That Petitioner's application for certificate of appealability (Doc. No. 27) is denied.

ORDERED at Tampa, Florida, on November 23, 2005.

                                                              SUSAN C. BUCKLEW
                                                              United States District Judge

Counsel of Record

Michael Harold Schmidt